Certificate Number: 03088-PAE-DE-032844865

Bankruptcy Case Number: 19-12892



03088-PAE-DE-032844865

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 20, 2019, at 12:31 o'clock PM CDT, Mike S Lesaine completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 20, 2019

By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor