**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                      **: Chapter 13**
      **Lesaine, Mike S.**

      **Debtor**                 **:**        **19-12892**

## NOTICE OF RESCHEDULED SECTION 341 (a) MEETING DATE

      Please be advised that per request of the Debtor through his counsel, the trustee has agreed to continue the Meeting of Creditors. The 341(a) meeting is to be held on Monday,  July 15, 2019 at 9:00 AM at 1234 Market Street, Suite 18-341, Philadelphia, PA 19107.

/"s"/Mitchell J. Prince
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. McClain & Associates, P.C.
P.O. Box 123
Narberth, PA  19072
Telephone: (215) 893-9357
Fax No.:   (888) 857-1967

DATE: May 24, 2019