**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                              Case No. 19-12892-mdc
                                                    Chapter 13

MIKE S. LESAINE

Debtor(s).

## NOTICE OF APPEARANCE

**LAKEVIEW LOAN SERVICING LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    */s/ Daniel Jones, Esquire*
       Daniel Jones, Esquire,
       Bar No: 321876
       Stern & Eisenberg, PC
       1581 Main Street, Suite 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: (215) 572-8111
       Fax: (215) 572-5025
       djones@sterneisenberg.com
       Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 19th day of June, 2019, to the following:

John L. McClain
John L. McClain and Associates
P.O. Box 123
Narbeth, PA 19072-0123
aaamcclain@aol.com
*Attorney for Debtor(s)*


William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter 13 Trustee*


United S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Mike S. Lesaine
7627 Oak Lane Rd
Cheltenham, PA 19012
*Debtor(s)*


                                        By:      */s/Daniel Jones, Esquire*