**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

**Lesaine, Mike S.**

      **Debtor**

:        19-12892

**CERTIFICATE OF SERVICE OF
DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

I certify that on <u>January 22, 2020</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>January 22, 2020</u>

        <u>"/s/"Mitchell J. Prince</u>
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072