# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**MIKE S. LESAINE**<br>DEBTOR | CHAPTER: 13<br><br>BANKRUPTCY CASE: 19-12892-MDC |
| LAKEVIEW LOAN SERVICING, LLC<br>MOVANT<br>V.<br><br>MIKE S. LESAINE<br>DEBTOR | |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this  22nd  day of  January , 20 20 , upon consideration of the Stipulation between Debtor and Lakeview Loan Servicing, LLC, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE