### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

IN RE:                                                Case No. 19-12892-mdc
                                                      Chapter 13

MIKE S. LESAINE

Debtor(s).

### <u>REQUEST TO MARK OBJECTION TO PLAN MOOT</u>

Kindly mark the Objection to Confirmation of Plan filed by Movant, **LAKEVIEW LOAN**

**SERVICING LLC c/o M&T Bank**, on June 27, 2019 as moot as Debtor filed an Amended

Plan on January 22, 2020 which moots Movants Objection.


By:      */s/  Daniel Jones, Esquire*
         Daniel Jones, Esquire
         Bar No: 321876
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         djones@sterneisenberg.com
         Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 23rd day of January 2020, to the following:

John L. McClain
John L. McClain and Associates
P.O. Box 123
Narbeth, PA 19072-0123
aaamcclain@aol.com
***Attorney for Debtor***

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
***Chapter 13 Trustee***

United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first-class mail postage prepaid to:

Mike S. Lesaine
7627 Oak Lane Rd
Cheltenham, PA 19012
***Debtor***

By:      */s/Daniel Jones, Esquire*