**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13

**Lesaine, Mike S.**

      **Debtor**

                                                :           19-12892

**CERTIFICATE OF SERVICE OF
DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN**

I certify that on March 30, 2020 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's THIRD Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: March 30, 2020

                                        "/s/"Mitchell J. Prince
                                     John L. McClain, Esquire
                                     Mitchell J. Prince, Esquire
                                     Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072