**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13

**Lesaine, Mike S.**

      **Debtor**

                              :         19-12892

**CERTIFICATE OF SERVICE OF
DEBTOR'S FOURTH AMENDED CHAPTER 13 PLAN**

I certify that on May 5, 2020 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's FOURTH Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: May 5, 2020

                                    "/s/"Mitchell J. Prince
                                    John L. McClain, Esquire
                                    Mitchell J. Prince, Esquire
                                    Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072