# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : Chapter 13

**Lesaine, Mike S.**

      **Debtor**

                         :            19-12892

## CERTIFICATE OF SERVICE OF
## DEBTOR'S SIXTH AMENDED CHAPTER 13 PLAN

I certify that on September 28, 2020 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's SIXTH Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: September 28, 2020

                                        "/s/"Mitchell J. Prince
                                        John L. McClain, Esquire
                                        Mitchell J. Prince, Esquire
                                        Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072