IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MIKE S. LESAINE )<br>**Debtor(s)** )<br> )<br>CREDIT ACCEPTANCE CORPORATION )<br>**Moving Party** )<br> )<br>v. )<br> )<br>MIKE S. LESAINE )<br>**Respondendt(s)** )<br> )<br>WILLIAM C. MILLER )<br>**Trustee** )<br> )<br> ) | CHAPTER 13<br><br>Case No.: 19-12892 (MDC) |

## PRAECIPE WITHDRAWING CREDIT ACCEPTANCE CORPORATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Credit Acceptance's Objection To Confirmation, filed on or about January 22, 2020 in the above-referenced case, number 42 on the docket. The Objection has been settled via Stipulation.

Date: 11/5/20

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Credit Acceptance Corporation