**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Lesaine, Mike S. | : |
| | : 19-12892 |
| Debtor | : |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's proposed Modified Chapter 13 Plan is **APPROVED**.

**Date:** August 17, 2021

_____
**Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE**