IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-12892** |
| **Mike S. Lesaine** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **November 23, 2021 at 10:30 a.m.** |
| **vs** | : | |
| | : | |
| **Mike S. Lesaine** | : | |
| | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS
FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS THE 2017 KIA
SORENTO EX WITH THE VEHICLE IDENTIFICATION NUMBER
5XYPHDA11HG231713 (DOCUMENT NO. 126)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on October 27, 2021 at Document No. 126 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 11, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC

21-022628_BEW1

 P.O. Box 165028
 Columbus, OH  43216-5028
 Telephone: 614-220-5611
 Fax: 614-627-8181
 Attorneys for Creditor
 The case attorney for this file is Alyk L. Oflazian.
 Contact email is ALOflazian@manleydeas.com

21-022628_BEW1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-12892** |
| **Mike S. Lesaine** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **November 23, 2021 at 10:30 a.m.** |
| | : | |
| vs | : | |
| | : | |
| **Mike S. Lesaine** | : | |
| | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay to Permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to Repossess the 2017 Kia Sorento EX with the Vehicle Identification Number 5XYPHDA11HG231713 (Document No. 126) was served on the parties listed below via e-mail notification:

- Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

- Kenneth E. West, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com

- John L. McClain, Attorney for Mike S. Lesaine, John L McClain & Associates, PC, PO Box 123, Narberth, PA  19072, aaamcclain@aol.com

21-022628_BEW1

The below listed parties were served via regular U.S. Mail, postage prepaid, on
_November 12_____, 2021:

Mike S. Lesaine, 7627 Oak Lane Rd, Cheltenham, PA  19012

DATE: __11/12/2021_____

/s/ Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

21-022628_BEW1