**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    MIKE S. LESAINE<br>        Debtor(s)<br>LAKEVIEW LOAN SERVICING LLC<br>        Movant<br>v.<br>MIKE S. LESAINE<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 19-12892-mdc |

**O R D E R**

AND NOW, this  31st  day of          March         , 20 22   upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of LAKEVIEW LOAN SERVICING LLC and any successor in interest and Debtor, Mike S. Lesaine, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow LAKEVIEW LOAN SERVICING LLC and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):

**7627 Oak Lane Rd, Cheltenham, PA 19012**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE