United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12892-mdc |
| Mike S. Lesaine | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

**Recip ID            Recipient Name and Address**
db              + Mike S. Lesaine, 7627 Oak Lane Rd, Cheltenham, PA 19012-1039

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:**

**Name**                      **Email Address**

ADAM BRADLEY HALL
                  on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

ALYK L OFLAZIAN
                  on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

DANIEL P. JONES
                  on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com

JOHN L. MCCLAIN
                  on behalf of Debtor Mike S. Lesaine aaamcclain@aol.com  edpabankcourt@aol.com

KENNETH E. WEST
                  ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
                  on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG  on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    MIKE S. LESAINE<br>            Debtor(s)<br>    LAKEVIEW LOAN SERVICING LLC<br>            Movant<br>    v.<br>    MIKE S. LESAINE<br>            Debtor(s)<br>    KENNETH E. WEST<br>            Trustee<br>                Respondent(s) | Chapter 13<br><br>Case Number: 19-12892-mdc |

## ORDER

AND NOW, this 31st day of March, 2022 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of LAKEVIEW LOAN SERVICING LLC and any successor in interest and Debtor, Mike S. Lesaine, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow LAKEVIEW LOAN SERVICING LLC and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **7627 Oak Lane Rd, Cheltenham, PA 19012**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE