**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|     Lesaine, Mike S. | |
|       Debtor(s) | : 19-12892 |
| : | |

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 31st day of   October   2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Defense Finance & Actg Serv. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

              BY THE COURT

              *Magdeline D. Coleman*
              _____
              MAGDELINE D. COLEMAN
              CHIEF U.S. BANKRUPTCY JUDGE

Defense Finance & Actg Serv.
agent for Dept of Veterans Affairs
1240 E. 9th St., Room 1907
Cleveland, OH 44199

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Lesaine, Mike S.

7627 Oak Lane Rd
Cheltenham, PA 19012


Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106