United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-12892-mdc
Mike S. Lesaine Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mike S. Lesaine, 7627 Oak Lane Rd, Cheltenham, PA 19012-1039 |
| 14319617 | + | City Of Philadelphia, Parking Violations Branch, P.O. Box 56048, Phila., PA 19130-6048 |
| 14339270 | + | Credit Acceptance Corporation, William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14319622 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14344983 | + | Lakeview Loan Servicing LLC, c/o Daniel Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14330665 | + | M&T Bank, c/o Rebecca A. Solarz Esquire, KML Law Group P.C., 701 Market Street ste 5000, Philadelphia Pa 19106-1541 |
| 14323096 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14638281 | | Wells Fargo Bank N.A, c/o Adam B. Hall, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2023 00:25:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:30:52 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14350810 | | Email/Text: bnc@atlasacq.com | Feb 25 2023 00:25:00 | Atlas Acquisitions LLC, 492C Cedar Lane ste 442, Teaneck, NJ 07666 |
| 14351846 | + | Email/Text: bknotices@totalcardinc.com | Feb 25 2023 00:25:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14351691 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2023 00:31:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14319615 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:30:56 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14319782 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2023 00:25:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14319618 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2023 00:25:00 | Credit Acceptance Corp, Po Box 513, Southfield, MI 48037-0513 |
| 14319619 | + | Email/Text: BKPT@cfna.com | Feb 25 2023 00:25:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |

Case 19-12892-mdc   Doc 164   Filed 02/26/23   Entered 02/27/23 00:33:03   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14319620 | + | Email/PDF: creditonebknotifications@resurgent.com Feb 25 2023 00:30:52 | | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14319616 | | Email/Text: BNSFS@capitalsvcs.com Feb 25 2023 00:25:00 | | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14319621 | | Email/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2023 00:25:00 | | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14319623 | ^ | MEBN Feb 25 2023 00:24:17 | | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14347822 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 25 2023 00:30:56 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14353361 | ^ | MEBN Feb 25 2023 00:24:13 | | Lakeview Loan Servicing, LLC, c/o M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14319624 | + | Email/Text: Documentfiling@lciinc.com Feb 25 2023 00:25:00 | | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14356009 | + | Email/Text: Documentfiling@lciinc.com Feb 25 2023 00:25:00 | | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 14319625 | + | Email/Text: camanagement@mtb.com Feb 25 2023 00:25:00 | | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14340253 | | Email/PDF: MerrickBKNotifications@Resurgent.com Feb 25 2023 00:30:52 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14319626 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Feb 25 2023 00:30:52 | | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14319627 | + | Email/Text: bknotices@totalcardinc.com Feb 25 2023 00:25:00 | | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14319628 | | Email/Text: bkelectronicnotices@usaa.com Feb 25 2023 00:25:00 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14319629 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 25 2023 00:25:00 | | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14343906 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Feb 25 2023 00:30:51 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14319630 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Feb 25 2023 00:30:51 | | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 35 |

Date: Feb 26, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| JOHN L. MCCLAIN | on behalf of Debtor Mike S. Lesaine aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
MIKE S LESAINE

Debtor     Bankruptcy No. 19-12892-MDC

# ORDER

**AND NOW**, this \_\_\_\_24th\_\_\_\_ day of \_\_\_\_February\_\_\_\_ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
JOHN L. MCCLAIN, ESQ.
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
MIKE S LESAINE

7627 OAK LANE RD

CHELTENHAM, PA 19012-